**FILED**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

APR 1 8 2012

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Andrew Myers S05918

)
)
)
)
)
)
)
)

Docket No. 12-318-JPG
(To be supplied by the Clerk)

**Plaintiff/Petitioner(s),**

-vs-

T. Anderson A.R.B. Chairperson
S.A. Godinez Director IDOC.
℅ MAUE Menard C.C
John & Jane Doe # 1 & 2 & 1
MAJOR CYARLA MC Defendant/Respondent(s).
(in their individual as well
as official capacities

☒ **CIVIL RIGHTS COMPLAINT**
pursuant to 42 U.S.C. §1983
(State Prisoner)

☐ **CIVIL RIGHTS COMPLAINT**
pursuant to 28 U.S.C. §1331
(Federal Prisoner)

☐ **CIVIL COMPLAINT**
pursuant to the Federal Tort Claims
Act, 28 U.S.C. §1346, 2671-2680

SCANNED AT MENARD and E-mailed
date 5-16-12 by BB
initials
No. ___ pages

### I.   JURISDICTION

A.   Plaintiff's mailing address and/or register number and present place of confinement.

Andrew Myers S05918  P.O. Box 1000
Menard Illinois 62259

B.   Defendant Terry Anderson                                    is employed as
(Name of First Defendant)
Administrative Review Board Chairperson
(Position/Title)
with Illinois Department of Corrections
(Employer's Name and Address)
1301 Concordia Ct. Springfield, Ill 62794

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?

Yes ☒          No ( )

If your answer is "yes", briefly explain:
A.R.B chairperson

Rev. 2/00

(1)

Mar 19, 2012   4:53 PM

C. Defendant S. A. Godinez _____ is employed as
(Name of Second Defendant)

Director of Illinois Department of Corrections
(Position/Title)

with Illinois Dept. of Corrections
(Employer's Name and Address)

1301 Concordia Ct. Springfield ILL 62794

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?

Yes (X)        No ( )

If your answer is "yes", briefly explain:

Director of I.D.O.C.

D. Using the outline of the form provided, include the above information for any additional defendant(s).

C/o MAue (who worked 9 Gallery WCH on 2-25-2012-)
Jane Doe #1 Counselor on P.C. Committee on 11-30-2011
Jane Doe #2 Counselor on P.C. committee on 11-30-2011
John Doe #1 C/o from WCH with name tag covered on 3-5-1
WARDEN OF Menard C.C on Nov. 30, 2011
ALL employed at Menard C.C P.O. Box 711 Menard ILL 62259
MAJOR LYARLA - Menard CC, same adress

Additional info John Doe #1 (worked in tower by level E- yard on 4-16-12 At 3:30 pm

II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court relating to your imprisonment?

Yes ( )        No (X)

B. If your answer to "A" is "yes", describe the lawsuit(s) in the space below. (If there is more than one (1) lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.) **Failure to comply with this provision may result in summary denial of your complaint.**

Rev. 2/00

- 2 -

Mar 19, 2012    4:53 PM

1. Parties to previous lawsuits:
   Plaintiff(s) _____

   _____

   Defendant(s) _____

   _____

   _____

2. Court (if Federal Court, name the District; if State Court, name the County)

   _____

3. Docket number _____

4. Name of Judge to whom case was assigned _____

5. Type of case (for example  Was it a Habeas Corpus or Civil Rights action?)

   _____

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?)

   _____

7. Approximate date of filing lawsuit _____

8. Approximate date of disposition _____

## III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? _yes_

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
   Yes (X) No ( )

C. If your answer is "yes",
   1. What steps did you take? _Automatic Grievance upon denial of P.C (Protective Custody) on Nov 30, 2011 to the Director, A.R.B._

   2. What was the result? _Denied_

   _____

D. If your answer is "no", explain why not. _The opinion of Terry Anderson And S.A. Godinez was that there wasn't "sufficient inform- ation to warrent retention in protective custody._

   _____

Rev. 2/00

E. If there is no prisoner grievance procedure in the institution, did you complaint to prison authorities? Yes ( )   No ( )

F. If your answer is "yes",
   1. What steps did you take? _____
   _____
   _____

   2. What was the result? _____
   _____
   _____

G. If your answer is "no", explain why not. _____
   _____
   _____

H. Attach copies of your request for an administrative remedy and the response(s) you received. If you cannot do so, explain why not:
   _____
   _____
   _____

## IV.  STATEMENT OF CLAIM

State here, as briefly as possible, the FACTS of your case. State who, what, when, where and how you feel your constitutional rights were violated. Do not cite cases or statutes. If you choose to submit legal arguments or citations, you must do so in a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, **attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits.**

Only two (2) extra pages (8½ x 11") are permitted, if necessary, to complete your statement of claim. Additionally, attach any relevant, supporting documentation.

1. On Nov. 29, 2011, I began recieving threats from an inmate in ECH cell 923, telling me that they were going to kill me, because they had found out that I am currently incarcerated for Predatory Criminal Sexual assault. This person was a member of the Latin Folks, and he along with other inmates in that same area told me they would kill me if I didn't sign into P.C. immediatly.

2. On November 30, 2011, I signed into Protective Custody which is located 4 floors down in the EAST CELL HOUSE on 1Gallay. I was placed in cell E-124 directly 4 floor below my General Population cell.

3. On several occasions, inmates from 9 galler in ECH, as well

Mar 19, 2012   4:53 PM

Galleries 1,5, and 3 bombarded the P.C area with rotten milk and on 2 occasions I was struck in the head and body.

4. On November 20, 2011, I was denied placement in protective custody and placed on Kickout status by the 2 JOHN DOE COUNSELORS AND THE WARDEN OF MENARD CC. (a.k.a unknown)

5. On February 8, 2012 I saw the Administrative Review BOARD CHAIRPERSON TERRY ANDERSON, and after my interview was further denied P.C placement by T.Anderson And S.A.Godinez

6. On February 24, 2012, I was informed that I was being removed from P.C and moved to the WCH, General Population.

7. Once at the West Cell house, I was waiting for a cell to be opened for myself and another P.C Kickout, I was approached by C/o MAUE and asked by him what I was locked up for.

8. I responded that it was for Predatory Criminal Sexual assault, as I was afraid to lie to a C/o.

9. C/o MAUE then responded that he would force me to go to chow so that he could "point me out to the other inmates."

10. Approx. 15 minutes later, C/o MAUE ordered me to "Get down on your knees and put your head against the wall, that is for reckless eye balling"

11. As I was not looking anywhere near C/o MAUE's direction, but talking to my future cellmate, O. Kuehner S0580, I didn't understand why he was treating me this way.

12. C/o Maue forced me to stay upon my knees for several minutes, and once the cell was ready for me, he asked me if I was going to be a good inmate. Once I said yes, he told me "take your shit upstairs."

13. Later that day and in the following days and weeks, I requested Grievance forms and Protective Custody, but was denied by everyone.

14. On February 25, 2012, C/o MAUE was working on 4 Gallery in the WCH, and after he passed out the meal, he proceeded to tell the inmates in the cells on both sides of mine that I am a faggot child molester.

15. One of my neighbors known as "BOO MAN" asked me if what C/o MAUE said was true and I told him "that's what I am incarcerated for.

Mar 19, 2012   4:53 PM

16. "Boo man" then wrote two Kites that Identified me as a faggot and child molester and passed then in both directions around my cell.

17. After the kites were passed around, an inmate known as "Encino man" a known Latin King, then sent a kite to my celly Danny Kuehner S05801, in the note "Encino man" told Danny that he knows Danny snitched on some "Latin Kings" and told him he could either (1) beat the shit out of the child molester in your cell, and we might cut you a break, or (2) Go Back to P.C. and take the child molesting faggot with you, or you're gonna get fucked up when we come off of lockdown.

18. Since I was denied grievance forms and an opportunity to re-sign into P.C. I wrote letters to the WARDEN and Clinical Services on regular paper, which was ignored.

19. On February 26, 2012, I was placed in the shower area with several inmates, and a few of them spit in my face and on my body, and told me that this is "just a warning." (they and I were all in handcuffs and they told me this was the "only" reason it wasn't worse.)

20. A Latin King named Rafael Guerrero told Mr Kuehner to make a choice, beat that child molesters ass, or go to P.C.

21. Mr Kuehner told them "we were trying to go to P.C. give us time."

22. Mr. Guerrero replied that if he and I weren't gone by the end of the lockdown the "Latin Kings" were going to "get Mr Kuehner and the child molesting faggot."

23. On February 27, 2012, A lieutenant told me he would place me in P.C. after the lockdown if I wasn't already there.

(6)

24. On February 29, 2012, my celly was taken to P.C. but I was left behind. Major Cyarla stated, "there isn't any more bed space in P.C.

25. On March 1, 2012, I recieved an anonymous kite stating that "Because you're a child molesting faggot, and you think you are tough, come to the shower, and we will rape you and make you suck dick just like you did those kids."

26. On March 2, 2012 while on a visit with my mother, I told her about the threats and she and I spoke with a Sargeant, and my mother also vowed to speak with someone before she left the institution.

27. Upon returning to the WCH, the visiting room SGT. told the WCH SGT. my situation, and I was told to pack for P.C.

28. I was later told by this SGT. that there's no room in P.C.

29. I remained in WCH until March 5, 2012.

30. On March 5, 2012, I was told to pack for P.C. but while waiting in the West House bull pen, an officer who had his name tag covered, told me that "YOU DESERVE to die" and need to stay in population and accept the ass beating you deserve."

31. This same %o also took my P.C. request form and showed it to cell 901 where inmate Rafael Guerrero was housed and told him that I had placed his name and the "LATIN KINGS" as enemies and my reason for requesting P.C.

(7)

## V.    REQUEST FOR RELIEF

State exactly what you want the Court to do for you. If you are a state or federal prisoner, and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records or parole release), you must file your claim on a Habeas Corpus form, pursuant to 28 U.S.C. §2254, 28 U.S.C. §2255, or 28 U.S.C. §2241.

To recieve a Preliminary Injunction preventing Anyone in I.D.OC. from placing me in General Population, and to prevent Any redalition from Any of the defendants.

A permanent injunction preventing the defendants from removing me from Protective Custody, And a transfer out of Menard C.C for my protection from the inmates as well as the Correctional officers, Staff etc.

## VI.    JURY DEMAND *(check one box below)*

The plaintiff does ☐    does not ☒    request a trial by jury. *(See* Fed.R.Civ.P. 38.)

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I, the undersigned, certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure.    The undersigned also recognizes that failure to comply with Rule 11(a) and (b) may result in sanctions, monetary or non-monetary, pursuant to Federal Rule of Civil Procedure 11(c).

The plaintiff hereby requests the Court issue all appropriate service and/or notices to the defendant(s).

Signed this 16 day of April , 20 12

Andrew mess
Signature of Plaintiff

Signature of attorney, if any